IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Hasan Alimamy Conteh,

        Plaintiff,                              Case No. 2:23-cv-3693
                                                      Judge James L. Graham
     v.                                         Magistrate Judge Elizabeth P. Deavers

American Electric Power,

        Defendant.

<u>Order</u>

This matter is before the Court on the Magistrate Judge's Report and Recommendation, which recommended that plaintiff's complaint be dismissed with prejudice for failure to prosecute.

No objections to the Report and Recommendation have been filed. Upon review, the Court agrees with the Report and Recommendation (Doc. 5), which is hereby adopted. Plaintiff's complaint is DISMISSED with PREJUDICE.

                                                                            <u>s/ James L. Graham</u>
                                                                            JAMES L. GRAHAM
                                                                            United States District Judge

DATE: April 11, 2024